**Order entered December 4, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00770-CR
No. 05-14-00771-CR

**STEVEN DWAYNE FERRELL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause Nos. F12-72590-L, F14-54495-L**

## ORDER

The Court **REINSTATES** the appeals.

On October 29, 2014, we ordered the trial court to make findings regarding why the clerk's and reporter's records have not been filed. On November 24, 2014, appellant filed motions to dismiss the appeals. Therefore, we conclude findings are no longer necessary and **VACATE** the October 29, 2014 order requiring findings. The motions to dismiss will be disposed of in due course.

/s/ ADA BROWN
   JUSTICE